IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH

NORTHERN DIVISION

| | |
|---|---|
| DONALD DEAN WEDEKIND, et al.,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED BEHAVIORAL HEALTH, et al.,<br><br>Defendants. | MEMORANDUM DECISION AND ORDER DENYING MOTION FOR LEAVE TO FILE OVERLENGTH BRIEF AS MOOT<br><br><br><br>Case No. 1:07-CV-26 TS |

Plaintiffs seek to file an overlength brief. However, under recently amended DUCivR 7-1(b)(4), the proposed brief is not overlength. It is therefore

ORDERED that Plaintiffs' Ex Parte Motion for Leave to File OverLength Memorandum (Docket No. 11) is DENIED AS MOOT and the brief is allowed as filed.

DATED  May 14, 2007.

                                               BY THE COURT:

                                               _____
                                               TED STEWART
                                               United States District Judge